504 F.2d 427
 Robert Alan JONES, Individually, etc., Plaintiff-Appellant,
v.
Henry WADE, Individually, etc., and Frank Dyson,
Individually, etc., Defendants-Appellees.
 No. 72-1481.
 United States Court of Appeals, Fifth Circuit.
 Nov. 18, 1974.
 
 Bill Barbisch, Austin, Tex., for plaintiff-appellant.
 N. Alex Bickley, Joseph G. Werner, Dallas, Tex., for Dyson.
 Henry Wade, Dist. Atty., Dallas, Tex., for Wade.
 John L. Hill, Atty. Gen. of Tex., Jay Floyd, Gilbert J. Pena, Asst. Attys. Gen., Thomas M. Pollan, Austin, Tex., for State of Texas.
 Before BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.
 
 BY THE COURT:
 
 1
 In light of Steffel v. Thompson, 1974, 415 U.S. 452, 94 S.Ct. 1209, 39 L.Ed.2d 505, the en banc Court orders itself dissolved. The case is remanded to the panel for further proceedings.